**Order filed November 30, 2012**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00148-CR
_____

**ROGER HENRY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1247169**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defendant's Exhbit #13, a transcript of interview.**

The clerk of the 208th District Court is directed to deliver to the Clerk of this court the original of Defendant's Exhbit #13, a transcript of interview, on or before **December 14, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defendant's Exhbit #13, a transcript of interview, to the clerk of the 208th District Court.

PER CURIAM